Mae L. Riordan, Appellant, v. Arthur T. McIntosh, Appellee.

Gen. No. 42,435.

opinion filed May 10, 1943. Thomas C. Kennedy, for appellant; Bluford, Krinsley, Schultz & Voorheis, for appellee; Victor Hedberg, of counsel. Opinion by Presiding Justice Matchett. "Not to be published in full."